IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MARQUISE ROBBINS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TOOLE, and BRIAN OWENS,<br><br>Defendants. | CIVIL ACTION NO.: CV614-105 |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal filed January 28, 2015. (Doc. 13.) Defendants have not objected to Plaintiff's Motion or otherwise filed any counterclaim that might impede Plaintiff's ability to dismiss this action voluntarily. See Fed. R. Civ. P. 41(a)(2). Accordingly, Plaintiff's Motion is hereby **GRANTED**, and his claims against all Defendants are **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to terminate all pending motions and **CLOSE** this case.

**SO ORDERED**, this ____ day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA